```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *
                            *
v.                          *
                            *   Criminal No. WMN-07-0479
THURMAN BROWN               *   Civil Action No. WMN-11-3010
                            *
   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

**<u>MEMORANDUM</u>**

After a three day trial, a jury found Defendant Thurman Brown guilty of being a convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Based upon a finding that Defendant was an Armed Career Criminal, this Court imposed a sentence of 180 months of imprisonment, followed by a five-year term of supervised release. Defendant filed a timely appeal and his conviction and sentence were affirmed. <u>United States v. Brown</u>, No. 09-4452 (4th Cir. Sept. 17, 2010). The issue on appeal was whether Defendant's 2003 state conviction for second degree assault qualified as a violent felony for purposes of the Armed Career Criminal Act. The Fourth Circuit concluded that it did.

Defendant has now filed a Motion under § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody dated October 18, 2011. ECF No. 110. In completing the form provided by the Court for § 2255 motions, Defendant did not provide any grounds on which he believes he is entitled to

relief.  He does attach a letter to his form motion, but that letter provides no additional insight.  Because Defendant provides no grounds, whatsoever, for the relief sought, the motion will be denied.  A separate order will issue.

```
                    _____/s/_____
                    William M. Nickerson
                    Senior United States District Judge
```

DATED: March 27, 2012.